# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DENNIS G. MALIPURATHU, | ) |
| Petitioner, | ) |
| v. | ) CIV-15-089-FHS-KEW |
| BRUCE HOWARD, Warden, | ) |
| Respondent. | ) |

## OPINION AND ORDER

Petitioner has filed a petition for a writ of habeas corpus, which the court construes as arising under 28 U.S.C. § 2241. A § 2241 petition attacks the execution of a sentence and must be filed in the district where the petitioner is confined. *Haugh v. Booker*, 210 F.3d 1147, 1149 (10th Cir. 2000); *Bradshaw v. Story*, 86 F.3d 164, 166 (10th Cir. 1996). Petitioner is incarcerated at Northeast Oklahoma Correctional Center in Vinita, Oklahoma, which is located within the territorial jurisdiction of the Northern District of Oklahoma. Therefore, this action must be transferred to that district.

**ACCORDINGLY,** the Court Clerk is directed to transfer this matter in the interest of justice to the Northern District of Oklahoma. *See* 28 U.S.C. § 1404(a).

**IT IS SO ORDERED** this 8th day of April, 2015.

Frank H. Seay
United States District Judge